transferred to the appellate docket. *Charles D. Ablard* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Alan S. Rosenthal* for the United States.

No. 113. CAMPBELL ET AL. *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *Stanford Shmukler, Leon H. Kline* and *Martin Vinikoor* for petitioners. *John T. Miller* for respondent.

No. 334. LANZA ET AL. *v.* WAGNER, MAYOR OF NEW YORK CITY, ET AL. Court of Appeals of New York. Certiorari denied. *Vito F. Lanza, pro se,* and *Samuel Shapiro* for petitioners. *Louis J. Lefkowitz,* Attorney General of New York, *Irving Galt,* Assistant Solicitor General, *Sheldon Raab,* Deputy Assistant Attorney General, *Leo A. Larkin* and *Seymour B. Quel* for respondents.

No. 378. ALLISON *v.* UNITED STATES. Court of Claims. Certiorari denied. *Andrew V. Allison,* petitioner, *pro se. Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Morton Hollander* for the United States.

No. 379. HANSEN ET AL. *v.* UDALL, SECRETARY OF THE INTERIOR, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Thomas F. McKenna, Richard H. Speidel* and *Joseph A. Sommer* for petitioners. *Solicitor General Cox, Roger P. Marquis* and *Raymond N. Zagone* for the Secretary of the Interior, respondent.